Mark M. Sharf
6080 Center Dr., Suite 600
Los Angeles, CA 90045
Telephone: (323) 612-0202
Email: mark@sharflaw.com

*Chapter 11 (Subchapter V) Trustee*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>COMPENDIUM INTERNATIONAL, INC.<br><br>Debtor(s) | Case No. 8:22-bk-10142-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FEE APPLICATION OF MARK M. SHARF, SUBCHAPTER V TRUSTEE, FOR APPROVAL OF COMPENSATION FOR THE PERIOD FROM JANUARY 31, 2022 THROUGH SEPTEMBER 21, 2022**<br><br>Hearing:<br>Date: October 26, 2022<br>Time: 1:30 P.M.<br>Place: VIA ZOOM |

NOTICE IS HEREBY GIVEN that a hearing will be held Via Zoom before the Honorable Scott Clarkson, United States Bankruptcy Judge, on October 26, 2022, at 1:30 P.M., to consider and act upon the Fee Application Of Mark M. Sharf, Subchapter V Trustee, For Approval Of Compensation For The Period From January 31, 2022 Through September 21, 2022 (the "Trustee's Fee Application").

The hearing will not be conducted in the presiding Judge's courtroom, but instead will be conducted by telephone or video. Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

1 | The Trustee is seeking payment of a total of $52,560 for all services rendered and expense incurred in the above-captioned case for the time period 1/31/2022 through 9/21/2022.

Copies of the complete Trustee's Fee Application may be obtained from a) the Clerk of the Bankruptcy Court in Santa Ana, California, b) from the PACER system (an acronym for "Public Access to Court Electronic Records") located at https://pcl.uscourts.gov (and also accessible at https://ecf.cacb.uscourts.gov), or by sending an email requesting the fee application to mark@sharflaw.com.

PLEASE TAKE FURTHER NOTICE that any response to the Trustee's Fee Application must be filed and served no later than 14 days prior to the hearing on this Motion. See Local Bankruptcy Rule ("LBR") 9013-1(f). Failure to timely file a response may be deemed as consent to the relief requested by the Trustee's Fee Application. See LBR 9013-1(h).

DATED: September 28, 2022         By: /s/ Mark M. Sharf
                                  Mark M. Sharf, Subchapter V Trustee