# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

6080 Center Dr., Suite 600, Los Angeles, CA 90045

A True And Correct Copy Of The Foregoing Document Entitled (*Specify*): ____ Notice Of Hearing On Fee Application Of Mark M. Sharf, Subchapter V Trustee,  For Approval Of Compensation For The Period From January 31, 2022  Through September 21, 2022_____

_____

_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___9/28/2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Shraddha Bharatia     notices@becket-lee.com
Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
Marguerite Lee DeVoll     mdevoll@watttieder.com, zabrams@watttieder.com
Michael Jones     mike@mjonesoc.com, 2651971420@filings.docketbird.com
Jeff D Kahane     jkahane@duanemorris.com, dmartinez@duanemorris.com
Jane G Kearl     jkearl@watttieder.com
Gerald P Kennedy     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
Jennifer Larkin Kneeland     jkneeland@watttieder.com, zabrams@watttieder.com
Elan S Levey     elan.levey@usdoj.gov, julie.morales@usdoj.gov
Minh Hieu Luong     minh.luong@chugh.com
Queenie K Ng     queenie.k.ng@usdoj.gov
Mark M Sharf (TR)     mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com
William A Smelko     William.Smelko@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
Sara Tidd     sara@mjonesoc.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____9.28/2022_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By instructing CertificateofService.com to serve the foregoing document by mailing it, first class mail via the United States Postal Service, to all persons and entities on the mailing matrix in this case.  A further document will be filed evidencing said service.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/28/2022 | Mark M. Sharf | /s/ Mark M. Sharf |
|-----------|---------------|-------------------|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.