**Prepared By:**
**Michael Jones, CA Bar No. 271574**
**M. Jones & Associates, PC**
**505 North Tustin Ave, Suite 105**
**Santa Ana, CA 92705**
**Telephone: (714) 795-2346**
**Facsimile:    (888) 341-5213**
**Email:  mike@mjonesoc.com**

Attorney for Reorganized Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>COMPENDIUM INTERNATIONAL, INC.<br><br>DEBTOR(S). | In Chapter 11 Proceedings<br><br>Case No. 8:22-bk-10142<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF DAVID MATTHEWS (WEINBERG, WHEELER, HUDGINS, GUNN & DIAL)'S FINAL APPLICATION FOR ALLOWANCE OF PROFESSIONAL FEES AND COSTS**<br><br><u>Hearing</u><br><br>Date: 26 October 2022<br>Time: 1:30 PM<br>Location: ZoomGov |

//

//

//

//

_____
1

I, Mohamood Entezar, declare and state:

1. I am an individual over the age of 18 years and have personal knowledge of the facts stated herein. If I were called to testify as a witness about the following facts, I would and could do so under penalty of perjury.

2. I am the President of the Debtor in this case.

3. I make this Declaration in support of the Application for Allowance of Professional Fees of DAVID MATTHEWS (WEINBERG, WHEELER, HUDGINS, GUNN & DIAL).

1. I have reviewed the fee application for DAVID MATTHEWS (WEINBERG, WHEELER, HUDGINS, GUNN & DIAL) and have no objection to the application. It is my desire that the court allow the fees to be paid as requested.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5 October 2022 at Orange County, California.

_____
Mohamood Entezar

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
505 N Tustin Ave, Ste 284, Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DEBTOR IN SUPPORT OF DAVID MATTHEWS (WEINBERG, WHEELER, HUDGINS, GUNN & DIAL)'S FINAL APPLICATION FOR ALLOWANCE OF PROFESSIONAL FEES AND COSTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11 October 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)11  October 2022 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) I served the following persons and/ or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

| 11 October 2022 | Sara Tidd | /s/Sara Tidd |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

# ECF Service List

- **Shraddha Bharatia**    notices@becket-lee.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com, zabrams@watttieder.com
- **Michael Jones**    mike@mjonesoc.com, 2651971420@filings.docketbird.com
- **Jeff D Kahane**    jkahane@duanemorris.com, dmartinez@duanemorris.com
- **Jane G Kearl**    jkearl@watttieder.com
- **Gerald P Kennedy**    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com, zabrams@watttieder.com
- **Minh Hieu Luong**    minh.luong@chugh.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Mark M Sharf (TR)**    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com
- **William A Smelko**    William.Smelko@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- **Sara Tidd**    sara@mjonesoc.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

## 20 Largest Unsecured Creditors for US Mail Service

Constructive Ingenuity, LLC
c/o John Walter Drake, Reg Agent
250 E. Ponce de Leon Avenue, Ste 600
Decatur, GA, 30030
=
HST Corporate Interiors, LLC
c/o Registered Agent L. Mic Carr
PO Box 1757
Florence, AL, 35631
=
U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA, 90012
=
Itria Ventures LLC
c/o Reg Agent CSC-Lawyers Incorp. Services
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA, 95833
=
Grayson Carter & Son Contracting, Inc.
146 Roy Long Rd. West
Athens, AL, 35611
=
Catalyst Engineering, Inc.
c/o James Millane, Reg Agent
625 The City Drive South, Ste 205-117
Foothill Ranch, CA, 92610
=
SH Architecture/Knit
7250 Peak Drive
Suite 216
Las Vegas, NV, 89128
=
Bank of America
PO Box 660441
Dallas, TX, 75266-0441
=
Pond Constructors, Inc.
c/o C T Corporate System, Reg Agent
289 South Culver Street
Lawrenceville, GA, 30046
=
Professional Fire & Security, LLC
P.O. Box 14218
Huntsville, AL, 35815
=
Sage Associates, Inc.
2361 Campus Dr. - Suite 111
Irvine, CA, 92612

=
CED Greentech
P.O. Box 5406
Riverside, CA, 92517
=
GLS Supply-Huntsville LLC
P.O. Box 5099
Huntsville, AL, 35814
=
American Arbitration Association
120 Broadway
21st Floor
New York, NY, 10271
=
G&S Carpet Mills, Inc.
3205 Pomona Blvd
Pomona, CA, 91768
=
Taylor Electric Inc.
5592 Wall Triana Highway
Madison, AL, 35758
=
Prudent Fiduciary Services, LLC
100 N Barranca St, Ste 870
West Covina, CA, 91791
=
California Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA, 94280-0001
=
Werco Building Specialities, Inc.
P.O. Box 145763
Baton Rouge, LA, 70895
=
Legis Consultancy, Inc.
9 Dunwoody Park - Suite 131
Atlanta, GA, 30338